UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KEITH GRUMBLY,**

    Plaintiff,

v.                                          Case No: 5:11-CV-664-Oc-10PRL

**LAKE COUNTY SCHOOLS**

    Defendant.

## ORDER

This cause is before the Court on the parties' Joint Motion to Extend Deadline to File Joint Final Pretrial Statement. (Doc. 29). The parties represent that the final pretrial statement is due on February 27, 2013, and ask for an extension until March 4, 2013, to file it. It is unclear to the Court how the parties arrived at the due date of February 27, 2013. The Case Management and Scheduling Order provides that no later than seven days before the date of the final pretrial conference, the parties shall file their joint final pretrial statement. (*See* Doc. 10, ¶ 6; *see also* Local Rule 3.06(c)). The final pretrial conference in this case is scheduled for April 24, 2013; thus, the joint final pretrial statement is not due until April 17, 2013.

Accordingly, the parties' Motion (Doc. 29) is **DENIED as MOOT.**

**IT IS SO ORDERED**.

**DONE** and **ORDERED** in Ocala, Florida on March 1, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to: Counsel of Record